# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2021

## NO. 03-21-00052-CV

**Amber Lynn Allen, Appellant**

**v.**

**Cody Phillip Allen, Appellee**

**APPEAL FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on October 22, 2020. Having reviewed the record, the Court holds that Amber Lynn Allen has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.